

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-14-00354-CV

Luz **CHAVEZ**, Individually, and as Representative of the Estates of Rudolph Chavez, Sr. (Deceased) and Rudolph Chavez, Jr. (Deceased), and as Next Friend of Joel Chavez, a minor; Darlene Chavez; Allen Chavez; Francisco Chavez; and Celia Chavez, Appellants

v.

**KANSAS CITY SOUTHERN RAILWAY COMPANY** and Jose Juarez, Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVE-000347-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Sitting:     Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Appellees' Motion to Strike Documents Submitted with Appellants' Brief is hereby DENIED AS MOOT.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court